UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEWAYNE ALLEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-1793-MCE-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He seeks an extension of time to submit an application for leave to proceed in forma pauperis. Good cause appearing, plaintiff's request (ECF No. 4) is granted. Accordingly, plaintiff has 30 days from the date of service of this order to submit the application required by 28 U.S.C. § 1915(a). The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis. If plaintiff is unable to obtain a certified trust account statement within the time allowed, he may submit his application for leave to proceed in forma pauperis without it. In that case, the court will order the California Department of Corrections and Rehabilitation to submit the trust account statement directly to the court. Failure to comply with this order may result in the dismissal of this action.

So ordered.

Dated: September 21, 2017.

　　　　　　　　　　　　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE