UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEWAYNE ALLEN,<br><br>Plaintiff,<br><br>v.<br><br>WELLS, et al.,<br><br>Defendants. | No. 2:17-cv-1793-MCE-EFB<br><br><br>ORDER |

Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 3, 2018, the Magistrate Judge filed findings and recommendations (ECF No. 11) herein which were served on Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and proper analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 11) filed July 3, 2018, are ADOPTED in full;
2. Plaintiff's Motion to Proceed in Forma Pauperis (ECF No. 9) is DENIED;
3. Plaintiff is directed to pay the filing fee of $400.00 in full within twenty-one days from the date of service of this order; and
4. Plaintiff is admonished that failure to timely comply will result in dismissal of this action.

IT IS SO ORDERED.

Dated: September 25, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE