UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEWAYNE ALLEN,<br><br>Plaintiff,<br><br>v.<br><br>WELLS, et al.,<br><br>Defendants. | No. 2:17-cv-01793-MCE-EFB P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 26, 2018, the Court denied plaintiff's application to proceed in forma pauperis because plaintiff is a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g) and granted plaintiff twenty-one days within which to pay the $400 filing fee for this action. ECF No. 12. Plaintiff was warned that failure to pay the filing fee within twenty-one days would result in dismissal of this action. Id. Plaintiff has not paid the filing fee or otherwise responded to the Court's order.

///

///

Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: December 30, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE